James R. YOCOM, Commissioner of Labor
& Custodian of the Special Fund,
Appellant,

v.

Johnny BENTLEY et al., Appellees.

Court of Appeals of Kentucky.

March 1, 1974.

Arthur R. Samuel, Robert D. Hawkins, Department of Labor, Frankfort, for appellant.

Kelsey E. Friend, William J. Baird, Pikeville, J. Keller Whitaker, Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

Willie HARRIS

v.

EASTERN KENTUCKY CONCENTRATED
EMPLOYMENT PROGRAM, et al.

Court of Appeals of Kentucky.

March 1, 1974.

Robert J. Greene, Perry & Greene, Paintsville, for appellant.

John V. Porter, Jr., Paintsville, Robert D. Hawkins, Frankfort, Gemma M. Harding, Louisville, Department of Labor, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

James R. YOCOM, etc., et al., Appellants,

v.

Otto MESSER, etc., Appellees.

Court of Appeals of Kentucky.

March 1, 1974.

Neville Smith, Manchester, Robert D. Hawkins, Arthur R. Samuel, Frankfort, and Gemma M. Harding, Louisville, Attys. for Special Fund, Dept. of Labor, for appellant Shamrock Coal Co.

Eugene H. Clark, Manchester, Robert M. Lindsay, Segal, Isenberg, Sales & Stewart, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

James R. YOCOM, Commissioner etc.,
Appellant,

v.

Jesse James CHINN et al., Appellees.

Court of Appeals of Kentucky.

March 1, 1974.

Robert D. Hawkins, Chief Counsel, Special Fund, Department of Labor, Frankfort, Gemma M. Harding, Supervisor Attorney, Special Fund, Department of Labor, Louisville, for appellant.

Grant F. Knuckles, Pineville, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Reversing.*

* Opinion ordered not to be published.